UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:17-CR-00100-PLC |
| | ) | |
| HENRY R. RYCHLIK, JR. and, | ) | |
| WILBUR-ELLIS COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO WITHDRAW AS COUNSEL**

Defendant Wilbur-Ellis Company, by and through its attorneys, moves this Court to allow the withdrawal of one of its counsel, Mark C. Milton.  In support of this Motion, movant states:

1. Mr. Milton is no longer with the firm of Husch Blackwell LLP.
2. There are attorneys for Defendant remaining in the case and Mr. Milton's withdrawal will have no effect on Defendant's representation.

WHEREFORE, the undersigned respectfully requests the Court grant this motion and permit the withdrawal of Mark C. Milton as one of the counsel of record for the Defendant, Wilbur-Ellis Company.

Dated: September 14, 2017.				Respectfully Submitted,

							HUSCH BLACKWELL LLP

							*/s/ Jeffrey B. Jensen*
							JEFFREY B. JENSEN, Bar No. #46745MO
							190 Carondelet Plaza, Suite 600
							St. Louis, MO  63105
							Direct: 314.345.6462
							Fax: 314.480.1505
							jeffrey.jensen@huschblackwell.com


## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2017, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing upon all interested parties.


							\s/ Jeffrey B. Jensen
							JEFFREY B. JENSEN, Bar No. #46745MO