UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet – Criminal Case

**Date** Sept 20, 2017   **Judge** Nannette A. Baker   **Case No.** 4:17-cr-00100-NAB

**UNITED STATES OF AMERICA** v. Rychlik et al.

Court Reporter  FTR GOLD   Deputy Clerk  Katie Stamm

Assistant United States Attorney(s)  Charles S. Birmingham

Attorney(s) for Defendant(s)  C. Slusher,  R. Mullendore, P. D'Agrosa, G. Ankney

Interpreter ____   ☐ **SEALED PROCEEDING**

**Proceedings:**

☐ Initial Appearance
☐ Supervised Release Revocation
☐ Arraignment
☐ Preliminary Examination
☐ Motion Hearing
  ☐ Evidentiary Hearing
  ☐ Oral Argument/Non Evidentiary Hearing
☐ Detention Hearing
☐ Bond Review
☐ Bond Revocation
☐ Bond Execution/Appearance Bond
☐ In Court Hrg (**WAIVER OF MOTIONS**)
☐ Change of Plea/Sentencing
☐ Rule 5(c)(3)Removal (Identity)
☐ Preliminary Rev.
☐ Probation
☐ Supervised Release
☐ Competency
☒ Pretrial/Status Conf.
☐ Sentencing
☐ Material Witness

Counsel only status conference held. Discussions held. Status conference reset on 10/26 @ 10:00 am .

☐ Oral Motion for appointment of counsel (GRANTED)   ☐ Defendant is advised of rights/indicates understanding of those rights.
☐ Bail/Bond set in the amount of: $ ____   ☐ Secured Appearance Bond   ☐ Secured by 10%
  ☐ Secured by cash **only**   ☐ Secured by property   ☐ Unsecured bond   ☐ O/R bond
☐ Government filed motion for pretrial detention. Detention hearing scheduled for ____ Before ____
☐ Preliminary Revocation   ☐ Preliminary Examination set for ____ Before ____
☐ Defendant arraigned   ☐ Waives reading of indictment/information   ☐ Matter taken under advisement
Plea entered  Not Guilty   Order on pretrial motions:  ☐ issued  ☐ to issue
  ☐ Written Motion for Extension of Time to File Pretrial Motions
  ☐ Oral Motion for Suppression
  ☐ Oral Motion for Determination of Arguably Suppressible Evidence by Govt
☐ Defendant waives ____   ☐ order to issue   ☐ oral ruling
☐ Defendant waives evidentiary hearing   ☐ By leave of court withdraws all pretrial motions
Trial date/time ____   Before ____
☐ Final Supervised Rel Rev Hrg ____   Before ____
  ☐ Remanded to custody   ☐ Released on bond
Next hearing date/time ____   Type of hearing ____   Before ____
Proceeding commenced  10:09 am   Proceeding concluded  10:16 am   Continued to ____