UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. S1-4:17-cr-00100 NAB |
| | ) |
| HENRY R. RYCHLIK, JR., | ) |
| WILBUR-ELLIS COMPANY, | ) |
| COLLIN McATEE, and | ) |
| DIVERSIFIED INGREDIENTS, INC., | ) |
| | ) |
| Defendants. | ) |

## GOVERNMENT'S ENTRY OF APPEARANCE

COMES NOW Thomas Larson, Acting United States Attorney for the Western District of Missouri, and Charles S. Birmingham and Gilbert C. Sison, Assistant United States Attorneys for said District, and hereby enter their appearance on behalf of the United States.

Respectfully submitted,

JEFFERSON SESSIONS
United States Attorney General
THOMAS LARSON
Acting United States Attorney
WESTERN DISTRICT OF MISSOURI


 /s/  Charles S. Birmingham
CHARLES S. BIRMINGHAM, #47134MO
Special Attorney to the United States Attorney General


 /s/  Gilbert C. Sison
GILBERT C. SISON, #52346MO
Special Attorney to the United States Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2017, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

                                      */s/ Charles S. Birmingham*  
                                      CHARLES S. BIRMINGHAM, #47134MO  
                                      Special Attorney to the United States Attorney General

                                      */s/  Gilbert C. Sison*  
                                      GILBERT C. SISON, #52346MO  
                                      Special Attorney to the United States Attorney General