IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:17 CR 00100 NAB |
| ) | |
| COLLIN MCATEE, ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S ANNOUNCEMENT AS TO STATUS

Comes now attorney Paul J. D'Agrosa, on behalf of Defendant Collin McAtee and respectfully requests this Court excuse counsel's personal appearance at the status conference scheduled for Thursday, December 7, 2017 at 10:00 a.m. Counsel further informs the Court of the following:

Defendant and the government have tentatively reached an agreement in this matter and anticipate a change of plea being scheduled in January, 2018.

Respectfully submitted,

LAW OFFICES OF
WOLFF & D'AGROSA

/s/Paul J. D'Agrosa
Paul J. D'Agrosa (#36966MO)
7710 Carondelet, Suite 200
Clayton, Mo. 63105
(314) 725-8019
(314) 725-8443 Fax
Paul@wolffdagrosa.com

### CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of December, 2017 the foregoing was filed electronically with the Clerk of the Court to be served on all attorneys of record.

/s/ Paul J. D'Agrosa