UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet – Criminal Case

Date: 12/7/17    Judge: BAKER    Case No. 4:17CR00100 NAB 1-4

UNITED STATES OF AMERICA v. Henry Rychlick/Wilbur-Ellis Co./Collin McAtee/Diversified Ingredients, Inc.

Court Reporter: FTR Gold    Deputy Clerk: K. Shirley

Assistant United States Attorney(s): Charles Birmingham/Gilbert Sison

Attorney(s) for Defendant(s): Christopher Slusher/William Sprague(via telephone)/Gordon Ankney & Jan Miller

Interpreter: ☐ SEALED PROCEEDING

**Proceedings:**

☐ Initial Appearance   ☐ Supervised Release Rev.   ☐ Detention Hearing   ☐ Preliminary Revocation
☐ Arraignment   ☐ Bond Review   ☐ Probation
☐ Preliminary Examination   ☐ Bond Execution/Appearance Bond   ☐ Supervised Release
☐ Motion Hearing   ☐ In Court Hrg (**WAIVER OF MOTIONS**)   ☐ Competency
   ☐ Evidentiary Hearing   ☐ Change of Plea/Sentencing   ☑ Pretrial/Status Conference
   ☐ Oral Argument/Non Evidentiary Hearing   ☐ Rule 5(c)(3)Removal (Identity)   ☐ Material Witness

Additional Information: Status Conference for Attorneys Only. Objection (doc 65) to Entry of Appearance (doc 62) called and heard. No Objection to Entry of Appearance by Wilber-Ellis, Rychlik, nor McAtee. Objection (doc 65) is overruled. Court and counsel discuss scheduling.

☐ Oral Motion for appointment of counsel (GRANTED)   ☐ Defendant is advised of rights/indicates understanding of those rights.
☐ Bail/Bond set in the amount of: $ ____    ☐ Secured Appearance Bond   ☐ Secured by 10%
   ☐ Secured by cash **only**   ☐ Secured by property   ☐ Unsecured bond   ☐ O/R bond
☐ Government filed motion for pretrial detention. Detention hearing scheduled for ____ before ____
☐ Preliminary examination set for ____ before ____
☐ Defendant arraigned   ☐ Waives reading of indictment/information   ☐ Matter taken under advisement
☐ Plea entered _not guilty_   Order on pretrial motions:   ☐ issued   ☐ to issue
   ☐ Oral Motion for Suppression   ☐ Written Motion for Extension of Time to File Pretrial Motions
☐ Defendant waives ____   ☐ order to issue   ☐ oral ruling
☐ Defendant waives evidentiary hearing   ☐ By leave of court withdraws all pretrial motions   ☐ No R&R will be forthcoming
Trial date/time ____ Before ____
   ☐ Remanded to custody   ☐ Released on bond
Next hearing date/time 2/7/18 @ 10:00 am   Type of hearing Status Conference   Before NAB
Proceeding commenced 10:03 am   Proceeding concluded 10:36 am   Continued to ____

☐ Based upon the evidence produced, the Court finds probable cause to believe the defendant violated the law set out in the criminal complaint.
☐ Based upon the evidence produced, the Court finds probable cause to believe the defendant violated the law set out in the instant petition.
☐ Based upon the waiver, the Court finds probable cause to believe the defendant violated the law set out in the instant petition.